AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| MARTIN HERRERA-DIAZ JR. | ) | 1:21-mj-0058 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2021__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 846 | Attempted Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

/s/ Michael Neuner
*Complainant's signature*

Michael Neuner, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 22, 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, Indiana

# AFFIDAVIT

1. Your Affiant, Michael T. Neuner, is a Detective Captain with the Beech Grove Police Department. I have been employed by the Beech Grove Police Department for over 29 years. I am currently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer and have been assigned to the DEA for over 17 years. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and Federal Rule of Criminal Procedure 41(a)(2)(C). The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by the persons in the below numbered paragraphs.

# PROBABLE CAUSE

2. This Affidavit is submitted in support of a criminal Complaint charging Martin HERRERA-DIAZ Jr. with Attempted Possession with the Intent to Distribute 500 or more grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 846.

3. On January 21, 2021, an Indianapolis Metropolitan Police Department (IMPD) detective was inspecting various parcels at a local UPS shipping company located in Indianapolis, Indiana. While looking for various indicators of suspicious parcels, the detective observed a suspect parcel that had been shipped in a newly purchased plain shipping box and shipped from a residence to a residence. The suspect parcel was shipped from California, which is a known source state for narcotics. The parcel was shipped as priority overnight which is extremely expensive and not economical. The suspect parcel further described as the Sender: Cody Davis, 562-241-1122, 999 E Carson St, Long Beach,

1

CA 90807-2940, addressed to: Ryan Torres Ryan Torres 2730 Rothe Lane, Indianapolis, IN 46229-5516.  The tracking number for the parcel was 1ZA9V8690196258906.

    4.    The IMPD detective utilized his Narcotics Detection K9, Jada, to examine the package.  K9 Jada gave a positive indication being consistent with the odor of a controlled substance on the package.  Prior to the K9 Jada sniff, four other similar shaped packages had been placed in the area of the suspect parcel.  K9 Jada is certified in narcotics detection and was last certified on October 7, 2020.  The detective applied for and received a state search warrant to search the contents of the suspect parcel the same day that he identified it.

    5.    A presumptive field test using a TruNarc drug identification device was conducted on the suspected narcotics with positive results for the presence of methamphetamine.  The parcel was found to have contained approximately 4,535 grams of presumptive methamphetamine.  This quantity is associated with distribution, not personal use.  An anticipatory search warrant was sought and obtained for the address of 2730 Rothe Lane, Indianapolis, IN in order to attempt a controlled delivery of the suspect parcel to that address.  The warrant was granted out of a Marion Superior Court.  A representative sample of methamphetamine (approximately 54 grams) was placed back inside the suspect parcel before being repackaged to closely resemble its original appearance and weight.

    6.    On January 21, 2021, an IMPD undercover (UC) officer delivered the suspect parcel to the address of 2730 Rothe Lane, Indianapolis, IN. The UC placed the parcel on the front porch area and departed the location. Within approximately ten minutes, law enforcement, who had established surveillance in the area, observed a white Maserati pull up to the front of the residence.  A male subject, later identified as Martin HERRERA-

DIAZ JR. (hereinafter HERRERA-DIAZ Jr.), exited the vehicle and walked up to the front porch area, carrying a gray and black duffel bag. The subject picked up the suspect parcel and walked inside the residence.

7. Within a short period of time, monitoring officers received an alert from an electronic device that had been placed inside the parcel to notify law enforcement when it had been opened. Officers then observed the same subject that took the package inside, exit the rear of the residence, and toss what appeared to be the parcel over the privacy fence in the rear, into a neighbor's back yard, along with an electronic device that had been placed inside the box by law enforcement. He then ran back inside the house.

8. Upon approaching the residence to execute the warrant, officers knocked and announced their presence before forcing entry through the front door. Upon entry, officers were met by a female identified as Candy MEDINA-JAIMES (hereinafter MEDINA-JAIMES). The male subject that had been observed by law enforcement walking into the house as well as tossing the items over the fence was also located at the stairway. He was taken into custody without incident and identified as Martin HERRERA –DIAZ JR.

9. HERRERA–DIAZ JR. was read his *Miranda* Rights by an IMPD detective, as witnessed by your Affiant. HERRERA-DIAZ JR. said that he did not know what was in the box, but that MEDINA-JAIMES had nothing to do with the box that he tossed over the fence. I asked HERRERA-DIAZ JR. why he tossed the box over the fence if he did not know what it contained. He responded that it was because he saw a beeper type device in the box and he didn't know what to do. HERRERA-DIAZ JR. also said that he tossed his cell phone over the fence into a neighbor's yard. Officers were unable to locate any phones

within a reasonable distance in the yard. Officers did, however, recover an Apple iPhone on the kitchen counter. HERRERA-DIAZ Jr. said that the phone was in the black and gray duffel bag, but he did not know to whom it belonged. HERRERA-DIAZ JR. refused to give further statements and requested a lawyer.

10. MEDINA-JAIMES was also interviewed about the iPhone, and said she had not seen the phone before, even though she lived at 2730 Rothe Lane with her children. She said that she had no idea what was in the box that had contained the methamphetamine. MEDINA-JAIMES said that she and HERERRA-DIAZ Jr. were in relationship, and that HERRERA-DIAZ JR. stayed at her residence (that is, 2730 Rothe Lane) the night before.

11. Law enforcement looked inside the same duffel bag that they had just seen HERERRA-DIAZ JR. carry into the house a short time earlier. It was found on a counter in the kitchen area. The bag contained three digital scales, two boxes of zip loc baggies, a box of latex gloves, bowls, a spoon, a plastic cup and a bottle of super lactose, a common cutting agent for narcotics. In other locations, officers also recovered suspected drug ledgers, and a box of .223 ammunition.

12. Officers seized the above listed items from the residence, as well as recovering the box that HERERRA-DIAZ JR. tossed over the fence. The box still contained the representative sample of methamphetamine that had been placed inside by law enforcement prior to the controlled delivery of the suspect parcel.

## CONCLUSION

13. Based upon my training and experience and the facts set forth herein, your Affiant submits there is probable cause to believe that Martin HERRERA-DIAZ JR., did commit the following offenses: Attempted Possession with the Intent to Distribute 500 of more grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A).

    /s/ Michael Neuner
Michael Neuner
Task Force Officer
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

Dated: January 22, 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana